# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

GEORGE RICHARDS,

    Plaintiff,

v.

EDWINA JOHNSON; WARDEN JAMES DEAL; ROYCE PRATT; and PAULK, individually and in their official capacities,

    Defendants.

CIVIL ACTION NO.: 5:18-cv-56

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 31. No party to this case has filed any Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's claims against Defendants Johnson, Deal, and Pratt. The Court **DENIES as moot** Plaintiff's Motion for a Preliminary Injunction, doc. 25.

**SO ORDERED**, this 7 day of August, 2019.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)