# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| GEORGE RICHARDS, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:18-cv-56 |
| v. | * | |
| COUTIEA PAULK, | * | |
| Defendant. | * | |

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 40. Plaintiff did not file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's Complaint for failure to follow this Court's Order and failure to prosecute, **DENIES as moot** Defendant's Motion to Dismiss, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. In addition, the Court **DENIES** Plaintiff

*in forma pauperis* status on appeal.

**SO ORDERED**, this ____ day of __March__, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA